02-12-335-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-12-00335-CV

 

 


 
 
 Unirisx Management Corp. and Unirisx, LLC
 
 
  
 
 
 APPELLANTS
 
 
 
 
  
 V.
  
 
 
 
 
 B2-USA, Inc.; The Scruggs Group, Inc.; and Frank
 May
 
 
  
 
 
 APPELLEES
 
 


 

 

------------

 

FROM THE 158th
District Court OF Denton COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

We
have considered “Appellants’ Amended Motion To Dismiss.”  It is the court’s
opinion that the motion should be granted; therefore, we dismiss the appeal.  See
Tex. R. App. P. 42.1(a)(1), 43.2(f).

          Appellees’
motion for damages is DENIED.  

Costs
of the appeal shall be paid by appellants,
for which let execution issue.  See Tex. R. App. P. 42.1(d).

 

                                                                             PER
CURIAM

PANEL: 
MCCOY,
J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

 

DELIVERED: 
February 28, 2013 








 









[1]See Tex. R. App. P. 47.4.